**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-20150
Summary Calendar

ROLAND V. OBEY,

Plaintiff-Appellant,

versus

MARVIN T. RUNYON, JR., Postmaster General;
UNITED STATES POSTAL SERVICE,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas
(H-96-CV-1486)

September 2, 1997

Before POLITZ, Chief Judge, JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Roland V. Obey appeals an adverse summary judgment in his Title VII

retaliation claim based on his discharge from employment by the Postal Service.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the summary judgment record and briefs of the parties persuades that there is no genuine dispute that the actual or reasonably perceived belief of a theft of a substantial sum of money was the real reason Obey's superiors terminated his employment. Accordingly, on the facts detailed, authorities cited, and analysis made by the district court in its Opinion on Summary Judgment signed January 15, 1997 and entered of record on January 17, 1997, the judgment appealed is AFFIRMED.